FILED

2018 MAY 11 PM 2:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2018 Grand Jury

| UNITED STATES OF AMERICA, | CR 18 00267-RGK |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 641: Receipt of Stolen Government Property Exceeding $1,000; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 510(b): Delivering U.S. Treasury Checks Bearing Forged Endorsements] |
| AROUTIOUN BERBERYAN, aka "Harout," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A. THE OBJECTS OF THE CONSPIRACY

1. Beginning on a date unknown to the Grand Jury, and continuing to on or about June 28, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant AROUTIOUN BERBERYAN, also known as "Harout" ("BERBERYAN"), and others known and unknown to the Grand Jury, knowingly conspired and agreed with each other to commit offenses against the United States, namely, receipt of stolen government property, in violation of Title 18,

United States Code, Section 641, and delivering United States Treasury checks bearing forged endorsements, in violation of Title 18, United States Code, Section 510(b).

B. <u>THE MANNER AND MEANS OF THE CONSPIRACY</u>

2. The objects of the conspiracy were carried out, and to be carried out, in substance, as follows:

    a. Defendant BERBERYAN, and others known and unknown to the Grand Jury, would obtain United States Treasury checks in the names of identity theft victims, bearing forged endorsements (the "Refund Checks").

    b. Defendant BERBERYAN, and others known and unknown to the Grand Jury, would obtain fictitious California driver's licenses in the names of the identity theft victim on the Refund Checks to facilitate the cashing of the Refund Checks.

    c. Defendant BERBERYAN, and others known and unknown to the Grand Jury, would recruit others to attempt to cash the Refund Checks.

C. <u>OVERT ACTS</u>

3. In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendant BERBERYAN, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of California, and elsewhere, including, but not limited to, the following:

<u>Overt Act No. 1</u>: On or about January 25, 2016, defendant BERBERYAN met with an individual he believed could cash Refund Checks, but who was in fact a confidential human source working with

law enforcement (the "CHS"), to discuss cashing Refund Checks for a fee.

<u>Overt Act No. 2</u>:   On or about February 12, 2016, defendant BERBERYAN met with the CHS to discuss cashing Refund Checks for a fee.

<u>Overt Act No. 3</u>:   On or before March 25, 2016, unknown co-conspirators caused the Internal Revenue Service ("IRS") to mail nine Refund Checks in the names of nine identity theft victims, Y.L., P.T., R.L., D.K., J.R., T.T., J.L., W.M., and E.N., to addresses in California controlled by unknown co-conspirators.

<u>Overt Act No. 4</u>:   On or before April 18, 2016, defendant BERBERYAN obtained nine Refund Checks in the names of nine identity theft victims, Y.L., P.T., R.L., D.K., J.R., T.T., J.L., W.M., and E.N.

<u>Overt Act No. 5</u>:   On or before April 18, 2016, defendant BERBERYAN, and others known and unknown to the Grand Jury, obtained fictitious California driver's licenses in the names of, and social security numbers belonging to, nine identity theft victims, Y.L., P.T., R.L., D.K., J.R., T.T., J.L., W.M., and E.N.

<u>Overt Act No. 6</u>:   On or about April 18, 2016, at a meeting with the CHS, defendant BERBERYAN transferred nine endorsed Refund Checks and photocopies of nine fictitious California driver's licenses in the names of, and social security numbers belonging to, nine identity theft victims, Y.L., P.T., R.L., D.K., J.R., T.T., J.L., W.M., and E.N., to the CHS for purposes of cashing the Refund Checks.

COUNTS TWO THROUGH TEN

[18 U.S.C. § 641]

Between on or about the following dates, and on or about April 18, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant AROUTIOUN BERBERYAN, also known as "Harout," knowingly and willfully received, concealed, and retained money and things of value which had been stolen from the United States Department of the Treasury, a department and agency of the United States, namely, the following United States Treasury checks, each having a value in excess of $1,000, knowing that the checks had been embezzled, stolen, purloined, and converted, and intending to convert the checks to his own use and gain:

| COUNT | CHECK DATE | CHECK NUMBER | PAYABLE TO | FACE VALUE |
|---|---|---|---|---|
| TWO | 04/01/2016 | 403479455238 | Y.L. | $4,352.00 |
| THREE | 04/08/2016 | 403480972574 | P.T. | $4,352.00 |
| FOUR | 03/25/2016 | 403478011447 | R.L. | $4,381.00 |
| FIVE | 04/08/2016 | 450070312791 | D.K. | $4,656.00 |
| SIX | 04/01/2016 | 403479439468 | J.R. | $3,975.00 |
| SEVEN | 04/01/2016 | 403479455097 | T.T. | $3,975.00 |
| EIGHT | 04/01/2016 | 403479455118 | J.L. | $2,957.95 |
| NINE | 03/25/2016 | 403478001423 | W.M. | $4,018.00 |
| TEN | 03/25/2016 | 403478017669 | E.N. | $4,018.00 |

## COUNT ELEVEN

[18 U.S.C. § 1028A(a)(1)]

On or about April 18, 2016, in Los Angeles County, within the Central District of California, defendant AROUTIOUN BERBERYAN, also known as "Harout" ("BERBERYAN"), knowingly transferred and possessed, without lawful authority, means of identification that defendant BERBERYAN knew belonged to another person, namely, the name, date of birth, and social security number of E.N., during and in relation to the offense of Receipt of Stolen Government Property, a felony violation of Title 18, United States Code, Section 641, as charged in Count Ten of this Indictment.

## COUNT TWELVE

[18 U.S.C. § 510(b)]

On or about April 18, 2016, in Los Angeles County, within the Central District of California, defendant AROUTIOUN BERBERYAN, also known as "Harout" ("BERBERYAN"), delivered, retained, and concealed the following United States Treasury checks, each bearing a falsely made and forged endorsement and signature and having a face value in excess of $1,000, knowing that such United States Treasury checks bore falsely made and forged endorsements and signatures:

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

| CHECK NUMBER | PAYABLE TO | FACE VALUE |
|---|---|---|
| 403479455238 | Y.L. | $4,352.00 |
| 403480972574 | P.T. | $4,352.00 |
| 403478011447 | R.L. | $4,381.00 |
| 450070312791 | D.K. | $4,656.00 |
| 403479439468 | J.R. | $3,975.00 |
| 403479455097 | T.T. | $3,975.00 |
| 403479455118 | J.L. | $2,957.95 |
| 403478001423 | W.M. | $4,018.00 |
| 403478017669 | E.N. | $4,018.00 |

A TRUE BILL

_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes
Section

VERONICA DRAGALIN
Assistant United States Attorney
Public Corruption and Civil
Rights Section